| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Triptych Miami Holdings, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4425592** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**1001 SW 2nd Ave.**<br>**Suite 300**<br>**Miami, FL 33130**<br>Number, Street, City, State & ZIP Code<br><br>**Miami-Dade**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Triptych Miami Holdings, LLC**  
Name

Case number (*if known*)

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_\_

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No
■ Yes.

Debtor **Aventura Hotel Properties, LLC**  Relationship **Subsidiary**

District **Southern District of Florida**  When _____  Case number, if known _____

---

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 2

Debtor **Triptych Miami Holdings, LLC**                                                                    Case number (*if known*)
       Name

Debtor   **Triptych Miami Holdings, LLC**                                  Case number (*if known*) _____
       Name

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

■ **Statistical and administrative information**

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor **Triptych Miami Holdings, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 12, 2021**
MM / DD / YYYY

X **/s/ Francisco Arocha**          **Francisco Arocha**
Signature of authorized representative of debtor     Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ Jesus M. Suarez**          Date **March 12, 2021**
Signature of attorney for debtor            MM / DD / YYYY

**Jesus M. Suarez**
Printed name

**Genovese Joblove & Battista, P.A.**
Firm name

**100 SE 2nd St.**
**44th Floor**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone **305-349-2300**     Email address

**60086 FL**
Bar number and State

Official Form 201                 **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                 page 5

## UNANIMOUS CONSENT IN WRITING
## OF THE SOLE MEMBER AND MANAGERS OF
## TRIPTYCH MIAMI HOLDINGS, LLC,
## A FLORIDA LIMITED LIABILITY COMPANY

The undersigned, constituting the sole member ("Member") and managers ("Managers") of Triptych Miami Holdings, LLC, a Florida limited liability company (the "Company"), hereby consent to the actions set forth below, effective as of the date hereof, with the same force and effect as if taken at a meeting of the Member and Managers:

**WHEREAS**, the Member and Managers reviewed the materials presented by management and the advisors of the Company regarding the operational and liquidity situation facing the Company due in large part to the recent worldwide Coronavirus pandemic, the strategic alternatives available to the Company and the impact of the foregoing on the Company's businesses, creditors, employees and stakeholders; and

**WHEREAS**, the Member and Managers have had sufficient opportunity to consult with the management of the Company and the professional advisors to the Company and have fully considered each of the strategic alternatives available to the Company.

As a result, the following resolutions are hereby unanimously adopted:

**RESOLVED** that in the judgment of the Member and Managers of the Company, it is desirable and in the best interests of the Company, its creditors, employees and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**RESOLVED** that the undersigned, on behalf of the Company, authorize and empower Francisco Arocha (the "Authorized Officer") to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court") on behalf of the Company, which filing be and the same is hereby approved (the "Chapter 11 Proceedings"); and

**RESOLVED** that, subject to the limitations set forth below, the Authorized Officer is hereby authorized and directed, in the name of the Company and on its behalf, to seek such orders from the Bankruptcy Court, including without limitation, orders regarding the operation of the business and the financing thereof, as such Authorized Officer may deem necessary or advisable during the pendency of the Chapter 11 Proceedings, including taking any and all action necessary to comply with the duties

1

and obligations of the Company under and related to the Bankruptcy Code, and in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits or other materials, including a disclosure statement and plan of reorganization, as the Authorized Officer may deem necessary or advisable and to retain all assistance from legal counsel, accountants, consultants and other professionals, and to take any and all actions, as he deems necessary or advisable with respect to the Chapter 11 Proceedings; and

**RESOLVED** that the Company, through its Authorized Officer, is authorized to: (i) retain on behalf of the Company the law firm of Genovese Joblove & Battista, P.A. as general bankruptcy counsel to render legal services to and to represent the Company in connection with the Chapter 11 Proceedings and any other matters in connection therewith, including without limitation, in the preparation and prosecution of the Chapter 11 Proceedings and all proceedings related thereto; and (ii) retain on behalf of the Company such other professionals that the Authorized Officer deems necessary or advisable to represent or assist the Company as is necessary in connection with the Chapter 11 Proceedings; and

**RESOLVED**, that the Authorized Officer of the Company is hereby authorized, empowered and directed to do all things and to take all actions which the Authorized Officer may deem necessary or advisable to accomplish the purposes and intent of the foregoing resolutions; and

**RESOLVED**, that, except as otherwise provided herein, during the Chapter 11 Proceeding, the Authorized Officer shall use his reasonable commercial efforts to continue the operations of the Company consistent with past practices as of the date of the filing of the Chapter 11 Proceeding, but in all events subject to the requirements of the Bankruptcy Code and the Bankruptcy Court; and

**RESOLVED**, that during the Chapter 11 Proceeding, the Company shall provide copies of all material Court filings and related communications in the Chapter 11 Proceedings in respect of the Company to Authorized Officer and Alberto Abilahoud; and

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer (but subject to the same limitations as imposed on the Authorized Officer as provided above), each officer of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees,

2

in each case as in such officer's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and

**RESOLVED** that the foregoing Resolutions shall be effective as of the date hereof.

**IN WITNESS WHEREOF,** the undersigned have executed this Consent on March 9, 2021.

TRIPTYCH MIAMI HOLDINGS, LLC.,
a Florida limited liability company.

MANAGERS:

By: _____
Francisco Arocha, its Manager

By: _____
Alberto Abilahoud, its Manager

SOLE MEMBER:

By: HES TRIPTYCH HOLDINGS, LLC.,
a Florida limited liability company.,
its Sole Member

By: _____
Alberto Abilahoud, its Manager

By: _____
Francisco Arocha, its Manager

3

# United States Bankruptcy Court
## Southern District of Florida

In re  **Triptych Miami Holdings, LLC**                                            Case No.
                                    Debtor(s)                                      Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 12, 2021**                             **/s/ Francisco Arocha**
                                                      **Francisco Arocha**/**Manager**
                                                      Signer/Title

```
City of Miami
444 SW 2 Ave
Miami, FL 33130


HES Triptych Holding, LLC
1001 SW 2nd Ave.
Suite 300
Miami, FL 33130


Internal Revenue Service
Po Box 21126
Philadelphia, PA 19114


LV Midtown LLC
175 SW 7th Street
Suite 2101
Miami, FL 33130


LV Midtown LLC
c/o Jake M. Greenberg, Esq.
Bilzin Sumberg
1450 Brickell Ave., Ste 2300
Miami, FL 33131


Miami Dade County
111 NW 1st Street, Suite 710
Miami, FL 33128-1984


Miami Dade County Fire Rescue
PO Box 863330
Orlando, FL 32886


Securities And Exchange Commission
3475 Lenox Road N.E. # 1000
Atlanta, GA 30326-1232


State Of Florida Department Of Revenue
Po Box 6668
Tallahassee, FL 32314


United States Trustee - Miami
51 SW 1st Ave # 1204
Miami, FL 33130
```

```
US Attorneys' Office
99 NE 4th St
Miami, FL 33132
```