# United States Bankruptcy Court
## Southern District of Florida

In re  **Triptych Miami Holdings, LLC**                                                                         Case No. _____
                                                    Debtor(s)                                                    Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| HES Triptych Holding LLC<br>1001 SW 2nd Ave.<br>Suite 300<br>Miami, FL 33130 | | 100% | Membership Interests |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Partner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 12, 2021**                                              Signature  **/s/ Francisco Arocha**
                                                                                 **Francisco Arocha**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.