**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
www.flsb.uscourts.gov

In re:                                                                            Chapter 11

**TRIPTYCH MIAMI HOLDINGS, LLC,**                      Case No. 21-12375-BKC-RAM

    **Debtor.**

_____/

### *EX-PARTE* MOTION BY CHAPTER 11 DEBTOR TO TRANSFER BANKRUPTCY CASE

TRIPTYCH MIAMI HOLDINGS, LLC (the "Debtor"), by and through counsel, and pursuant to Fed. R. Bankr. P. 1015(b) and Local Rule 1015-1(B), hereby files this *Ex-Parte* Motion By Chapter 11 Debtor to Transfer Bankruptcy Case (the "Motion") for entry of an order authorizing the transfer of the Debtor's Chapter 11 Case to the Honorable Judge A. Jay Cristol. In support of this Motion, the Debtor respectfully represents as follows:

### Jurisdiction and Background

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of this proceeding is proper in this district and before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. On March 12, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq* (the "Code").

3. Also on the Petition Date, AVENTURA HOTEL PROPERTIES, LLC (Case No. 21-12374-BKC-AJC)(the "AHP Debtor"), an affiliate of the Debtor, filed a voluntary petition for

relief under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§101 *et seq,*. The AHP Debtor's case was assigned to the Honorable A. Jay Cristol.

4. The Debtor owns 100% of the membership interests in AVENTURA HOTEL PROPERTIES, LLC. As such, the Debtors are "affiliates" as that term is defined in Section 101(2) of the Bankruptcy Code and as used in Bankruptcy Rule 1015(b).

5. Given the affiliation of the above Debtors and, more significantly, the common interests of the Debtors with respect to the reorganization of the Debtors' estates, TRIPTYCH MIAMI HOLDINGS, LLC requests that this case assigned to Judge Robert A. Mark be transferred to Judge A. Jay Cristol so that the same can be jointly administered.

6. The transfer of this Chapter 11 case is warranted because: (i) the Debtors are "affiliates" within the meaning of section 101(2) of the Code; (ii) administration of the cases will be organized and expedited; and (iii) judicial resources will be preserved.

7. For these reasons, the Debtor respectfully request that the Bankruptcy Court enter an order transferring this case to Judge A. Jay Cristol as the first filed case was assigned to Judge A. Jay Cristol.

10. A proposed Order granting this Motion has been uploaded to the Court via CM/ECF.

**WHEREFORE**, the Chapter 11 Debtor, TRIPTYCH MIAMI HOLDINGS, LLC, respectfully requests the entry of an Order (i) transferring this case to Judge A. Jay Cristol; and (ii) granting such other and further relief as the Court deems appropriate.

Dated: March 14, 2021

          Respectfully Submitted,

          **GENOVESE JOBLOVE & BATTISTA, P.A.**
          *Proposed Attorneys for Debtors-in-Possession*
          100 Southeast Second Street, Suite 4400
          Miami, Florida 33131
          Telephone: (305) 349-2300
          By:   */s/ Mariaelena Gayo-Guitian*
                   Jesus M. Suarez, Esq.
                   Florida Bar No. 60086
                   jusarez@gjb-law.com
                   Mariaelena Gayo-Guitian, Esq.
                   Florida Bar No. 813818
                   mguitian@gjb-law.com